1    Robert B. Jobe, Esq.
     Sarah B. Castello, Esq.
2    LAW OFFICE OF ROBERT B. JOBE
     550 Kearny Street, Ste. 200
3    San Francisco, CA 94108
     Tel:     (415) 684-7293
4    Fax:     (415) 684-7293
     Email:  federal@jobelaw.com
5
     Attorneys for Plaintiff
6

7

8                  UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

12   DANISH,                              )    No. 3:14-cv-03056-LB
                                          )
           Plaintiff,                     )
13                                        )    VOLUNTARY DISMISSAL
                                          )
14         v.                             )      ORDER
                                          )
15                                        )
     KERRY, et al.,                       )
16                                        )
                                          )
17         Defendants.                    )
                                          )
18   _____ )

19

20        This is an immigration case in which Plaintiff challenges the delay in adjudication of the

21   Form I-730 filed on behalf of her husband. Plaintiff is informed that the refugee travel document

22   has been issued. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily

23   dismisses the instant action before the Court without prejudice. Each party will bear its own costs

24   and attorneys' fees.

25   //

26   //

27
     Voluntary Dismissal
     Case No. 3:14-cv-03056-LB
28

1

2          Dated: September 15, 2014            Respectfully submitted,

3                                               LAW OFFICE OF ROBERT JOBE

4                                               /s/ Robert B. Jobe

5                                               Robert B. Jobe
                                                Sarah B. Castello

6

7

8

9                                               ORDER

10    IT IS SO ORDERED.

11

12                                              DATED:  September 18, 2014

13                                              Magistrate Judge Laurel Beeler

14

15                                              APPROVED

16

17                                              Judge Laurel Beeler

18

19

20

21

22

23

24

25

26

27

28    Voluntary Dismissal
      Case No. 3:14-cv-03056-LB

                                          2